IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| In the Matter of the Search ) | |
| ) | Case Number: 4:16-cr-00439-KDW |
| ) | |
| 4267 Hunting Bow Trail ) | |
| Myrtle Beach, South ) | |
| Carolina, 29579 ) | |
| ) | |

### ORDER ON GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT

This matter comes before the court on motion of the United States to unseal the above-captioned case to include the Search Warrant, Search Warrant Application, and Search Warrant Affidavit, which is currently filed under seal. The Government believes that the circumstances necessitating sealing the affidavit have changed, such that the affidavit should now be unsealed.

Based on the foregoing, the court finds that the interests of justice no longer require that the affidavit attached to the search warrant be sealed. It is therefore,

ORDERED that the above-captioned case, to include the Search Warrant, Search Warrant Application, and Search Warrant Affidavit, be unsealed.

IT IS SO ORDERED.

January 30, 2017                                                                          Kaymani D. West
Florence, South Carolina                                                        United States Magistrate Judge

I SO MOVE:

BETH DRAKE
UNITED STATES ATTORNEY


BY: s/ Christopher D. Taylor
      Christopher D. Taylor
      Assistant U.S. Attorney